FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0543

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0543

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ALAN PETER TWARDOSKI,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 21, 2020, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020